United States District Court
Southern District of Texas
**ENTERED**
March 30, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| V. § | **CIVIL ACTION NO. 5:20-CV-105** |
| § | |
| **0.9226 ACRES OF LAND, MORE OR** § | |
| **LESS, SITUATED IN ZAPATA** § | |
| **COUNTY, STATE OF TEXAS ET AL.,** § | |
| § | |
| **Defendants.** § | |

## ORDER

A status conference is currently set for April 28, 2021, to discuss, *inter alia*, the Government's position on how it intends to proceed with this lawsuit for acquisition of a right of entry related to its prior plan to construct a border wall, in light of President Biden's Proclamation on the Termination of Emergency with Respect to the Southern Border of the United States and Redirection of Funds Diverted to Border Wall Construction, Proclamation No. 10142, 86 Fed. Reg. 7225 (Jan. 27, 2021). The Court deems it efficient and appropriate to allow the Government additional time to develop its future course of action.

The Court therefore *sua sponte* **RESETS** the telephonic status conference in this case from April 28, 2021 to **May 19, 2021 at 10:30 a.m.** Plaintiff shall initiate a conference call with all parties, and then place a call to the Court at (956) 790-1757, after all parties have been connected to the phone call.

It is so **ORDERED**.

**SIGNED** on March 30, 2021.

John A. Kazen
United States Magistrate Judge